1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  PIO S. KIM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 156679
7     United States Courthouse
      312 North Spring Street, 14th Floor
8     Los Angeles, California 90012
      Telephone:  (213) 894-2589
9     Facsimile:  (213) 894-7177
      E-mail:    Pio.Kim@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12             UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 UNITED STATES OF AMERICA,    )  NO. CV10-8205 GAF
                                )                 (AJWx)
16             Plaintiff,        )  VERIFIED COMPLAINT FOR FORFEITURE
                                )
17        v.                    )  [18 U.S.C. § 981(a)(1)(A), 21
                                )  U.S.C. § 881(a)(6) and 31 U.S.C.
18 REAL PROPERTY LOCATED IN     )  § 5317(c)(2)]
   NEWPORT COAST, CALIFORNIA,   )
19                              )  [DEA]
               Defendant.       )
20 _____)

21

22      For its claim against the defendant Real Property Located in

23 Newport Coast, California (hereinafter "defendant real property")

24 described further below, plaintiff United States of America

25 alleges as follows:

26             **JURISDICTION AND VENUE**

27      1.   This is a civil *in rem* action for forfeiture of the

28 defendant real property pursuant to 18 U.S.C. § 981(a)(1)(A), 21

   U.S.C. § 881(a)(6) and 31 U.S.C. § 5317(c)(2).

2.    This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C. § 1395(b) in that this action accrued in this district, and the defendant is found within this district.

### PERSONS AND ENTITIES

4.    The plaintiff in this action is the United States of America.

5.    The defendant real property is more fully described below:

> LOT 1 OF TRACT NO. 15717, AS SHOWN ON A MAP RECORDED IN BOOK 788, PAGES 33 TO 35, INCLUSIVE OF MISCELLANEOUS MAPS, RECORDS IN THE OFFICE OF THE COUNT RECORDER OF ORANGE COUNTY.
>
> APN:461-301-78

Title to the defendant real property is held in the names of Nazar Al-Bussam and Nazhat Al-Bussam, husband and wife, as joint tenants.

6.    The interests of Nazar Al-Bussam ("Al-Bussam") and Nazhat Al-Bussam ("N. Al-Bussam") may be adversely affected by these proceedings.

### EVIDENCE SUPPORTING FORFEITURE

Al-Bussam's Controlled Substance Activity

7.    In October 2007, an investigation was initiated based on Drug Enforcement Administration ("DEA") data based information indicating that Al-Bussam was among the top 10 prescribers of controlled substances in the Los Angeles area.  Al-Bussam is a medical doctor currently licensed by the State of California and

2

1  registered with the DEA.  The evidence obtained in this

2  investigation indicates that from at least 2007 until about

3  October 2010, Al-Bussam prescribed large quantities of highly

4  addictive prescription controlled substances, including

5  oxycodone, Percoset, Dilaudid, hydrocodone, alprazalam, and

6  promethozine with codeine (to include brand and generic names for

7  the narcotics) without a legitimate medical purpose.  The

8  evidence was obtained through eight undercover ("UC") operations,

9  interviewing pharmacists who contacted DEA to report suspicious

10  prescriptions written by Al-Bussam, reviewing the

11  prescription-filling patterns of Al-Bussam's patients through the

12  Controlled Substance Utilization Review and Evaluation System

13  ("CURES") program, and the medical expert opinion of Dr. Shafi

14  Khalid ("Dr. Khalid"), a pain management physician, that Al-

15  Bussam prescribes controlled substances without medical

16  necessity.

17  <u>A Large Majority, If Not Almost All, of Al-Bussam's Prescriptions</u>

18  <u>Were Illegitimate</u>

19       8.    The California Department of Justice, Bureau of

20  Narcotic Enforcement ("BNE"), Controlled Substance Utilization

21  Review and Evaluation System ("CURES") program can be used to

22  track a doctor's and patients' prescriptions.

23             a.    The CURES maintains Schedule II, Schedule III,

24                   Schedule IV, and sometimes Schedule V prescription

25                   information that is received from California

26                   pharmacies.  Pharmacies in California are required

27                   to report prescriptions filled for Schedule II,

28                   Schedule III, and Schedule IV controlled

3

substances.   Pharmacies are not required to report
prescriptions filled for Schedule V controlled
substances.   However, some pharmacies do report
Schedule V prescriptions to BNE and, therefore,
Schedule V controlled substances may or may not
appear on a CURES report.

b.   Additionally, although pharmacies are required to
report prescriptions filled for Schedule II
through Schedule IV controlled substances to BNE,
the information in a CURES report is only as
accurate as the information provided to BNE by the
pharmacies. If a patient receives a prescription
that is never filled, it will not be reflected on
a CURES report.

9.   CURES reports since the late 2008 show the following
about patients of Al-Bussam:

a.   Many patients fill prescriptions before 30
days have passed since their last prescription
from Al-Bussam and, therefore, obtain large
quantities of prescription controlled substances.
Excessive quantities of filled prescriptions often
indicate addiction to or diversion of
pharmaceuticals.

b.   Multiple patients practice "doctor shopping"
in that they frequent multiple doctors to
obtain larger quantities of the controlled
substances they seek, whether it be for addiction
and individual consumption, or for those who are

diverting the substances for illegal street sales.

   c.   Patients that fill multiple prescriptions within a 30-day period often go to different pharmacies, most likely, to avoid suspicion. This is referred to as "pharmacy shopping" and it is done to avoid suspicion by the pharmacist because of the quantity of medication sought within such a short time frame.

   d.   Often, doctors who prescribe controlled substances such as addictive medications in a legitimate manner utilize the CURES reports on their own patients to ensure that those patients are also not obtaining pain medications from other doctors. Based on Al-Bussam's prescribing history, it does not appear that he reviews CURES for his patients before prescribing controlled substances. If Al-Bussam does run CURES, his prescribing history indicates that he ignores it.

   e.   Several of Al-Bussam's patients combine doctor shopping with pharmacy shopping to avoid suspicion or detection by the pharmacists.

   f.   Several of the pharmacies that Al-Bussam's patients frequent are not major national "chain" pharmacies, such as CVS, Walgreens, Rite Aid, etc. Instead, Al-Bussam's patients often use independent pharmacies to fill their prescriptions. Some of these pharmacies are being independently investigated by the DEA. "Pharmacy

Shoppers" often use a combination of "chain" and independent pharmacies to avoid detection.

g. According to the CURES reports, some of Al-Bussam's patients utilize multiple spellings of either their first and/or last names and are therefore able to obtain more controlled substances. Also, the prescriptions under one name are usually not filled at the same pharmacy as the prescriptions using a different spelling of that name. Because Al-Bussam signs each of the prescriptions issued, he may be aware that "patients" obtain these prescriptions under multiple versions of the same name.

h. Several patients receive either a Schedule II or III pain medication, along with a Schedule IV or V controlled substance, on the same prescription. For instance, many of Al-Bussam's patients receive hydrocodone along with alprazolam or promethazine with codeine. The "mixing" of various controlled substances on a single prescription, when done in excess, is sometimes referred to by law enforcement as "cocktail" prescriptions. The use of more than one controlled substance further increases a user's "high," which is why the prescription "cocktail" is taken.

i. Although Schedule V controlled substances do not have to be reported by the pharmacies to BNE and,

6

1    therefore, most CURES reports do not contain

2    entries of promethazine with codeine

3    or Phenergen with codeine, several patients

4    of Al-Bussam have filled prescriptions with

5    these medications that have been seized in

6    other states.

7    j.   Al-Bussam's patients often received prescriptions

8    for more than 1,000 tablets of various controlled

9    substances within a 30-day period.  When a

10   legitimate patient receives an average of 150-200

11   tablets in a 30-day period, excessive quantities

12   filled indicate addiction and/or diversion of

13   pharmaceuticals.

14   10.  From a CURES report between April 1, 2008 and April 30,

15   2010, Al-Bussam is estimated to have prescribed:

16   a.   Approximately 36,495 hydrocodone prescriptions, in

17   various strengths, quantities, and

18   brand-versus-generic combinations.

19   b.   Approximately 15,652 alprazolam prescriptions, in

20   various strengths, quantities, and

21   brand-versus-generic combinations.

22   c.   Approximately 3,590 oxycodone prescriptions, in

23   various strengths, quantities, and

24   brand-versus-generic combinations.

25   d.   Approximately 3,040 hydromorphone prescriptions,

26   in various strengths, quantities, and

27   brand-versus-generic combinations.

28   11.  Based on a CURES report for April 2010, most of the

1   prescriptions written by Al-Bussam were for hydrocodone and
2   alprazolam.

3        12.   For instance, one patient, KB, who was identified as a
4   potential "pharmacy shopper," received and filled multiple
5   prescriptions from Al-Bussam during a 30-day time period in April
6   2010.  He filled the following prescriptions on the following
7   days:  (a) 90 Xanax tablets at a Sav-On on April 1, 2010;  (b) 150
8   Norco tablets at a Sav-On on April 1, 2010;  (c) 100 alprazolam
9   tablets at a Costco Pharmacy on April 5, 2010;  (d) 120
10  hydrocodone tablets at a Costco Pharmacy on April 5, 2010;  (e)
11  150 hydrocodone tablets at a Rite Aid on April 8, 2010;  (f) 100
12  alprazolam tablets at a Walmart on April 13, 2010;  (g) 120
13  hydrocodone tablets at a Walmart on April 13, 2010;  (h) 120
14  hydrocodone tablets at a Super RX Pharmacy on April 14, 2010;  (i)
15  100 alprazolam tablets at a Super RX Pharmacy on April 15, 2010;
16  (j) 120 hydrocodone tablets at a Pavilions Pharmacy on April 19,
17  2010;  (k) 100 hydrocodone tablets at a CVS Pharmacy on April 21,
18  2010;  (l) 120 hydrocodone tablets at a Downey Plaza Pharmacy on
19  April 22, 2010;  (m) 120 hydrocodone tablets at a Target Store on
20  April 24, 2010;  (n) 100 alprazolam tablets at a Target Store on
21  April 28, 2010;  and (o) 150 Norco tablets at a Sav-On on April
22  29, 2010.

23       13.   As reflected above, within a 30-day period, KB filled
24  Al-Bussam's prescriptions on consecutive days at different
25  pharmacies and received approximately 1,270 tablets of a Schedule
26  III controlled substance (hydrocodone/Norco) and approximately
27  490 tablets of a Schedule IV controlled substance
28  (alprazolam/Xanax), which are all commonly diverted narcotics.

1  According to Dr. Khalid, this number of tablets prescribed within
2  a 30-day time period is extremely excessive.

3      14.   The number of Schedule III controlled substances that
4  KB received breaks down to approximately 42 tablets per day,
5  which is an excessive amount for personal use and, therefore,
6  most, if not all, of these drugs were diverted.

7      15.   Based on the information above, it is estimated that a
8  large majority, if not almost all, of Al-Bussam's prescriptions
9  were illegitimate.  Most, if not all, of Al-Bussam's patients,
10 based on the CURES reports, exhibit at least one of the "red
11 flags" mentioned in paragraph 9a-9j herein, and many show
12 multiple red flags.  Furthermore, even with the elderly patients,
13 who are less likely than younger patients to be illegitimate,
14 there are indications that they are also illegitimate.  For
15 instance, the DEA arrested 2 street-level sellers of diverted
16 pharmaceuticals who were "patients" of Al-Bussam.  One was 76
17 years old at the time of his arrest, and the other was in his
18 late 50s.

19 <u>Al-Bussam Was Paid in Cash for His Illegitimate Prescriptions and</u>
20 <u>Made Structured Deposits</u>

21     16.   During the investigation of Al-Bussam, eight UC
22 operations were conducted.  Agents, investigators and task force
23 officers paid Al-Bussam's office cash during each UC visit.  Some
24 of these visits lasted several hours where the UCs sat in the
25 waiting room and observed other patients paying in cash for their
26 visits.  Also, on May 27, 2010, a former patient of Al-Bussam
27 stated that she always paid cash for her visits, which lasted
28 approximately five years.  When asked if other patients paid cash

1  for their visits, she responded in the affirmative and stated

2  that "everyone" paid cash.

3     17.  Bank of America account #xxxxx-x0600 ("BoA Account 1")

4  is in the name of N. Al-Bussam.  Wells Fargo accounts #xxx-

5  xxx4504 and #xxx-xxx3976 ("Wells Fargo Accounts 1 and 2,"

6  respectively) are in Al-Bussam's name, and Wells Fargo accounts

7  #xxxxxx2511 and #xxxxxx1003 ("Wells Fargo Accounts 3 and 4,"

8  respectively) are jointly in the names of Al-Bussam and N. Al-

9  Bussam.

10     18.  During the period of June 2008 through May 2010,

11  approximately 520 cash deposits were made into those five

12  accounts - approximately 188 cash deposits ($1,202,300) into the

13  BoA Account 1, 98 cash deposits ($166,410) into the Wells Fargo

14  Account 1, approximately 118 cash deposits ($228,700) into the

15  Wells Fargo 2 Account, approximately 91 cash deposits ($128,385)

16  into the Wells Fargo Account 3, and approximately 25 cash

17  deposits ($77,725) into the Wells Fargo Account 4.  The total

18  amount of the cash deposits is $1,803,520.

19     19.  Attached hereto as Exhibit "A" is a spread sheet

20  showing the five target accounts, arranged in columns side by

21  side with the dates of cash deposits shown in the first column

22  and the total dollar amounts of the deposits for each date shown

23  in the last column.  Exhibit "A" shows that out of the 520 cash

24  deposits made, only one cash deposit, made on March 2, 2010, into

25  the Wells Fargo Account 2 in the amount of $11,020, was in excess

26  of $10,000.

27     20.  Exhibit "A" shows patterns in Al-Bussam's cash deposits

28  indicating that he deliberately structured the deposits to

1  prevent the banks from filing in Currency Transaction Reports,

2  which are required for cash transactions of more than $10,000

3  pursuant to 31 U.S.C. Section 5313(a) and C.F.R. Section 103.22.

4  For instance, the Attachment shows that there were cash deposits

5  made on two consecutive days into a single account with each

6  deposit being less than $10,000 but the total amount of deposits

7  exceeding $10,000. (Please see the deposits into the BoA Account

8  for May 6, 2009 ($8,000) and May 7, 2009 ($4,000)).   The Exhibit

9  "B" also shows that there were deposits into different accounts

10 on single individual days with each deposit being less than

11 $10,000 but the total amount of the deposits exceeding $10,000.

12 (Please see the deposits on May 6, 2009 into the BOA Account

13 ($8,000) and the Wells Fargo Account 2 ($4,860)).

14 Defendant Real Property

15     21.   The defendant property was purchased on April 30, 2002

16 with the title vesting in the names of Al-Bussam and N. Al-

17 Bussam, husband and wife, as joint tenants.

18     22.   On or about December 16, 2002, the Al-Bussams

19 transferred the title to the property to themselves as trustees

20 for The Al-Bussam Family 2002 Trust.

21     23.   On or about May 8, 2003, the Al-Bussams, as trustees

22 for The Al-Bussam Family 2002 Trust, returned to themselves the

23 title to the property.

24     24.   On or about on May 13, 2003, the Al-Bussams refinanced

25 the defendant property with Wells Fargo Home Mortgage loan

26 #708-0023596802.

27     25.   On or about June 14, 2010, the Al-Bussams caused a

28 cashier's check in the amount of $170,000 to be issued using the

1  funds from BoA Account 1, and used the cashier's check to pay

2  down Wells Fargo Home Mortgage loan #708-0023596802.

3                              **CONCLUSION**

4       26.   Based on the above allegations, plaintiff alleges that

5  the defendant real property is subject to forfeiture to the

6  United States pursuant to (1) 21 U.S.C. § 881(a)(6) on the ground

7  that it constitutes proceeds traceable to one or more exchanges

8  for a controlled substance or listed chemicals in violation of 21

9  U.S.C. §§ 841(a)(1) and/or 846; (2) 18 U.S.C. § 981(a)(1)(A) on

10 the ground that it constitutes property involved in one or more

11 transactions or attempted transactions in violation of 18 U.S.C.

12 §§ 1956 and/or 1957, or is traceable to such property; and (3) 31

13 U.S.C. Section 5317(c)(2) on the ground that it constitutes

14 property involved in one or more violations of 31 U.S.C. § 5324

15 or any conspiracy to commit such violations, and/or is traceable

16 to such property.

17      WHEREFORE, the United States prays that:

18      a.   due process issue to enforce the forfeiture of the

19 defendant;

20      b.   due notice be given to all interested parties to appear

21 and show cause why forfeiture should not be decreed;

22      c.   judgment be entered declaring that the defendant is

23 forfeited to the United States of America for disposition

24 according to law;

25      d.   the United States be awarded all of its costs,

26 expenses, and disbursements in this action; and

27 / / /

28

                                    12

1        e.    the United States be awarded such other and further

2  relief as this Court may deem just and proper.

3  DATED: October 29, 2010        Respectfully submitted,

4                             ANDRÉ BIROTTE JR.
United States Attorney

5                             ROBERT E. DUGDALE
Assistant United States Attorney

6                             Chief, Criminal Division

7                             STEVEN R. WELK
Assistant United States Attorney

8                             Chief, Asset Forfeiture Section

9

10                         PIO S. KIM
Assistant United States Attorney

11                         Attorneys for Plaintiff
United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>VERIFICATION</u>

I, Kelly Webster, hereby declare that:

1.    I am a Special Agent with the United States Drug Enforcement Administration.

2.    I have read the above Verified Complaint for Forfeiture and know its contents.  It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3.    Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 29, 2010 in Los Angeles, California.

KELLY WEBSTER
Special Agent DEA

14

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK#1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 06/02/08 | | $1,080.00 | | | | $1,080.00 |
| 06/09/08 | | | $500.00 | | | $500.00 |
| 06/10/08 | | $840.00 | | | | $840.00 |
| 06/11/08 | | | | $1,250.00 | | $1,250.00 |
| 06/12/08 | | | | $100.00 | | $100.00 |
| 06/16/08 | | | | $100.00 | | $100.00 |
| 06/18/08 | | | | $400.00 | | $400.00 |
| 06/19/08 | | $200.00 | | $400.00 | | $400.00 |
| 06/20/08 | | | | $600.00 | | $600.00 |
| 06/24/08 | | $20.00 | | $800.00 | | $800.00 |
| 06/26/08 | | | | $1,200.00 | | $1,200.00 |
| 06/30/08 | | | $500.00 | | | $520.00 |
| 07/01/08 | | | $400.00 | | | $400.00 |
| 07/03/08 | | $530.00 | $300.00 | | | $300.00 |
| 07/08/08 | | $620.00 | | $500.00 | | $530.00 |
| 07/09/08 | | | | | | $500.00 |
| 07/10/08 | | $420.00 | | | | $620.00 |
| 07/11/08 | | $700.00 | | | | $500.00 |
| 07/14/08 | | | | | | $420.00 |
| 07/15/08 | | $780.00 | | | | $700.00 |
| 07/16/08 | | | $460.00 | $800.00 | | $800.00 |
| 07/17/08 | | $200.00 | $540.00 | | | $460.00 |
| 07/18/08 | | $530.00 | $600.00 | | | $740.00 |
| 07/21/08 | $950.00 | | | | | $1,130.00 |
| 07/22/08 | $200.00 | | | | | $950.00 |
| 07/24/08 | | $120.00 | $195.00 | $600.00 | | $320.00 |
| | | | | | | $795.00 |

EXHIBIT A

15

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 3 CK #1008322511 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 07/28/08 | $300.00 | | | | | $300.00 |
| 08/01/08 | | | $1,000.00 | $600.00 | | $1,600.00 |
| 08/04/08 | $2,400.00 | | | | | $2,400.00 |
| 08/05/08 | | $1,000.00 | $570.00 | | | $1,570.00 |
| 08/08/08 | | | $2,400.00 | | | $2,400.00 |
| 08/12/08 | | | | $2,800.00 | | $2,800.00 |
| 08/14/08 | | | $1,025.00 | $700.00 | | $1,725.00 |
| 08/19/08 | | | $1,000.00 | $800.00 | | $1,800.00 |
| 08/22/08 | | | $1,750.00 | | | $1,750.00 |
| 08/26/08 | | | $700.00 | $630.00 | | $1,330.00 |
| 08/29/08 | | | $780.00 | | | $780.00 |
| 09/02/08 | | $660.00 | | | | $660.00 |
| 09/04/08 | | | $520.00 | | | $520.00 |
| 09/08/08 | $2,000.00 | | | | | $2,000.00 |
| 09/09/08 | | | | $1,140.00 | | $1,140.00 |
| 09/15/08 | $2,000.00 | | | | | $2,000.00 |
| 09/16/08 | | | $590.00 | | | $590.00 |
| 09/18/08 | $2,000.00 | | | $600.00 | | $2,600.00 |
| 09/19/08 | $2,000.00 | $700.00 | | | | $2,700.00 |
| 09/22/08 | $3,000.00 | | $860.00 | | | $3,860.00 |
| 09/23/08 | | | $540.00 | | | $540.00 |
| 09/26/08 | $3,000.00 | | | | | $3,000.00 |
| | | | $900.00 | | | $900.00 |
| | | | | $1,140.00 | | $1,140.00 |
| 09/29/08 | $5,000.00 | | | $150.00 | | $5,150.00 |
| 09/30/08 | | $940.00 | | | | $940.00 |
| 10/06/08 | $6,000.00 | | | $500.00 | | $6,500.00 |
| 10/07/08 | | | $1,140.00 | | | $1,140.00 |

16

| DATE | B of A #09131-606000 NAZHAT AL-BUSSAM | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM | WELLS FARGO 3 CK#1008322511 NAZAR & NAZHAT AL-BUSSAM | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| | AMOUNT | AMOUNT | AMOUNT | AMOUNT | AMOUNT | |
| 10/09/08 | $6,000.00 | | $1,840.00 | $200.00 | | $8,040.00 |
| 10/14/08 | $5,000.00 | | | $1,100.00 | | $6,100.00 |
| 10/15/08 | $4,000.00 | | | $2,000.00 | | $6,000.00 |
| 10/16/08 | | | $340.00 | $800.00 | | $1,140.00 |
| 10/20/08 | $6,000.00 | | | $500.00 | | $6,500.00 |
| 10/21/08 | | | $560.00 | | | $560.00 |
| 10/22/08 | $8,000.00 | | | | | $8,000.00 |
| 10/24/08 | | | | | | |
| 10/27/08 | $6,000.00 | | $1,300.00 | $300.00 | | $6,300.00 |
| 10/28/08 | | $920.00 | | | | $920.00 |
| 10/31/08 | $8,000.00 | | $1,480.00 | | | $8,000.00 |
| 10/31/08 | | | $1,420.00 | | | $1,480.00 |
| 11/03/08 | $8,000.00 | | | | | $1,420.00 |
| 11/04/08 | | $700.00 | | | | $920.00 |
| 11/05/08 | $9,000.00 | | | | | $6,300.00 |
| 11/10/08 | $7,600.00 | $420.00 | | | | $1,300.00 |
| 11/12/08 | $6,600.00 | | | $1,000.00 | | $8,000.00 |
| 11/13/08 | | | $2,280.00 | $2,500.00 | | $4,780.00 |
| 11/13/08 | | | $2,280.00 | | | $2,280.00 |
| 11/14/08 | | | $480.00 | | | $6,600.00 |
| 11/17/00 | $5,500.00 | | | | | $660.00 |
| 11/18/08 | | | $660.00 | | | $5,500.00 |
| 11/19/08 | $6,000.00 | | | | | $480.00 |
| 11/21/08 | | | $1,000.00 | $500.00 | | $660.00 |
| 11/24/08 | $6,000.00 | | | | | $6,000.00 |
| 11/25/08 | | $1,300.00 | $1,300.00 | | | $1,500.00 |
| 11/26/08 | | | | $6,000.00 | | $6,000.00 |
| | | | | | | $1,300.00 |
| | | | | | | $6,000.00 |

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 3 CK #1008322511 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 4 SAV#7625761003 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 11/28/08 | | | | $5,000.00 | | $5,000.00 |
| 12/02/08 | | $940.00 | | | | $940.00 |
| 12/04/08 | $7,000.00 | | $1,400.00 | | | $8,400.00 |
| 12/05/08 | | | $480.00 | | | $480.00 |
| 12/08/08 | $2,400.00 | | | $700.00 | | $3,100.00 |
| 12/08/08 | $7,000.00 | | | | | $7,000.00 |
| 12/08/08 | $6,000.00 | | | | | $6,000.00 |
| 12/11/08 | | | $3,600.00 | | | $3,600.00 |
| 12/12/08 | $7,000.00 | | | | | $7,000.00 |
| 12/15/08 | $7,810.00 | | | | | $7,810.00 |
| 12/17/08 | | $1,680.00 | | | | $1,680.00 |
| 12/18/08 | | | | | | |
| 12/22/08 | $6,000.00 | | | | | $6,000.00 |
| 12/23/08 | | $360.00 | | | | $360.00 |
| | | | | | | |
| 12/26/08 | $7,000.00 | | | | | $7,000.00 |
| 12/29/08 | $3,000.00 | | | | | $3,000.00 |
| 12/30/08 | | $1,120.00 | | | | $1,120.00 |
| 12/31/08 | $4,000.00 | | | | | $4,000.00 |
| 01/05/09 | $5,000.00 | | | | | $5,000.00 |
| 01/06/09 | | $1,180.00 | | | | $1,180.00 |
| 01/07/09 | $8,000.00 | | | | | $8,000.00 |
| 01/08/09 | | $4,080.00 | | $1,600.00 | | $5,680.00 |
| 01/08/09 | | | | | | |
| 01/09/09 | | | $1,560.00 | | | $1,560.00 |
| 01/12/09 | $7,000.00 | | | | | $7,000.00 |
| 01/13/09 | | | $620.00 | | | $620.00 |

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK#1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 01/14/09 | $7,000.00 | | | | | $7,000.00 |
| 01/15/09 | | $660.00 | | $1,500.00 | | $2,160.00 |
| 01/16/09 | | | | $280.00 | | $280.00 |
| 01/20/09 | $8,000.00 | $480.00 | | | | $8,480.00 |
| 01/21/09 | $5,620.00 | | | | | $5,620.00 |
| 01/26/09 | $7,000.00 | $1,240.00 | | | | $8,240.00 |
| 01/28/09 | | $960.00 | | | | $960.00 |
| 02/02/09 | $8,000.00 | | | | | $8,000.00 |
| 02/03/09 | $8,000.00 | | | $250.00 | | $8,250.00 |
| 02/05/09 | $8,000.00 | | $1,780.00 | | | $9,780.00 |
| 02/09/09 | $8,000.00 | | $1,880.00 | | | $9,880.00 |
| 02/12/09 | $8,000.00 | $2,800.00 | | | | $10,800.00 |
| 02/13/09 | | | $2,160.00 | | | $2,160.00 |
| 02/17/09 | $7,000.00 | | | | | $7,000.00 |
| 02/19/09 | $7,000.00 | | $2,700.00 | $1,000.00 | | $9,700.00 |
| 02/23/09 | $7,000.00 | $1,480.00 | | | | $8,480.00 |
| 02/25/09 | $6,000.00 | $620.00 | | | | $6,620.00 |
| 02/26/09 | $6,300.00 | | | | | $6,300.00 |
| 03/02/09 | | | | $1,000.00 | | $1,000.00 |
| 03/03/09 | | $2,580.00 | | | | $2,580.00 |
| 03/04/09 | $8,000.00 | | | $2,500.00 | | $8,000.00 |
| 03/05/09 | | | | $1,000.00 | | $5,500.00 |
| 03/09/09 | $8,000.00 | | $560.00 | | | $8,560.00 |
| 03/10/09 | | | $1,710.00 | | | $1,710.00 |

Page 5

19

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 3 CK#1008322511 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 03/12/09 | $8,000.00 | $3,260.00 | | | | $11,260.00 |
| 03/13/09 | | | $1,820.00 | | | $1,820.00 |
| 03/16/09 | $8,000.00 | | | $1,000.00 | | $9,000.00 |
| 03/17/09 | | $1,460.00 | | | | $1,460.00 |
| 03/19/09 | $7,000.00 | | $2,440.00 | $1,000.00 | | $10,440.00 |
| 03/23/09 | $8,000.00 | | | | | $8,000.00 |
| 03/24/09 | | | $2,170.00 | | | $2,170.00 |
| 03/25/09 | $8,000.00 | | | | | $8,000.00 |
| 03/26/09 | | | $2,640.00 | | | $2,640.00 |
| 03/27/09 | | | $4,100.00 | | | $4,100.00 |
| 03/31/09 | | | | $4,450.00 | | $4,450.00 |
| 04/02/09 | | | $3,160.00 | | | $3,160.00 |
| 04/03/09 | $8,000.00 | | $2,000.00 | | | $10,000.00 |
| 04/07/09 | | $2,140.00 | | | | $2,140.00 |
| 04/08/09 | $8,000.00 | | $1,040.00 | | | $9,040.00 |
| 04/10/09 | | | $2,900.00 | $2,000.00 | | $4,900.00 |
| 04/13/09 | $4,000.00 | | | | | $4,000.00 |
| 04/14/09 | | $760.00 | | | | $760.00 |
| 04/16/09 | $6,000.00 | | | $5,710.00 | | $11,710.00 |
| 04/20/09 | $5,000.00 | | | | | $5,000.00 |
| 04/21/09 | | | $2,060.00 | | | $2,060.00 |
| 04/22/09 | | | $1,540.00 | | | $1,540.00 |
| 04/23/09 | $7,000.00 | | | | | $7,000.00 |
| 04/24/09 | | | $2,700.00 | | | $2,700.00 |
| 04/27/09 | $2,565.00 | | | | | $2,565.00 |
| 04/28/09 | | | $2,385.00 | | | $2,385.00 |
| 04/30/09 | $8,000.00 | $1,860.00 | | | | $9,860.00 |

Page 6

20

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM (AMOUNT) | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM (AMOUNT) | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM (AMOUNT) | WELLS FARGO 3 CK #1008322511 NAZAR & NAZHAT AL-BUSSAM (AMOUNT) | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM (AMOUNT) | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 05/04/09 | $1,680.00 | | | | | $1,680.00 |
| 05/06/09 | $8,000.00 | | | | | $8,000.00 |
| 05/07/09 | $8,000.00 | | $4,860.00 | | | $12,860.00 |
| 05/08/09 | $4,000.00 | $2,340.00 | | | | $6,340.00 |
| 05/11/09 | | | $2,820.00 | $1,000.00 | | $3,820.00 |
| 05/12/09 | $8,000.00 | | | | | $8,000.00 |
| 05/13/09 | | $340.00 | | $1,000.00 | | $1,340.00 |
| 05/14/09 | $8,000.00 | | | $1,670.00 | | $9,670.00 |
| 05/15/09 | | | $3,160.00 | $2,400.00 | | $5,560.00 |
| 05/18/09 | | | $4,050.00 | $1,000.00 | | $5,050.00 |
| 05/19/09 | $7,800.00 | | | | | $7,800.00 |
| 05/20/09 | | | $1,700.00 | | | $1,700.00 |
| 05/22/09 | $5,500.00 | | | | | $5,500.00 |
| 05/26/09 | | $640.00 | $4,300.00 | $1,000.00 | | $5,940.00 |
| 05/27/09 | $5,400.00 | $300.00 | | | | $5,700.00 |
| 05/28/09 | | $2,400.00 | | | | $2,400.00 |
| 05/29/09 | $6,000.00 | | | | | $6,000.00 |
| 06/01/09 | | | $3,220.00 | | | $3,220.00 |
| 06/02/09 | $4,000.00 | | | | | $4,000.00 |
| 06/03/09 | | | $2,400.00 | | | $2,400.00 |
| 06/04/09 | $7,000.00 | | $1,580.00 | | | $8,580.00 |
| 06/08/09 | | | $4,600.00 | | | $4,600.00 |
| 06/08/09 | $2,000.00 | $2,370.00 | | $500.00 | | $4,870.00 |
| 06/09/09 | $8,000.00 | | | | | $8,000.00 |
| 06/09/09 | | | $1,700.00 | $260.00 | | $1,960.00 |
| 06/11/09 | $8,000.00 | | | | | $8,000.00 |
| 06/12/09 | $7,000.00 | | | | | $7,000.00 |
| 06/12/09 | | | $3,100.00 | | | $3,100.00 |
| 06/15/09 | $2,600.00 | | | | | $2,600.00 |

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK #1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV/#7629761003 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 06/16/09 | | | $3,680.00 | | | $3,680.00 |
| 06/17/09 | $4,000.00 | | | | | $4,000.00 |
| 06/22/09 | $6,200.00 | | | | | $6,200.00 |
| 06/23/09 | | | $1,720.00 | | | $1,720.00 |
| 06/24/09 | $2,645.00 | | | | | $2,645.00 |
| 06/26/09 | | | $3,000.00 | $1,200.00 | | $4,200.00 |
| 06/29/09 | $6,400.00 | $620.00 | | | | $7,020.00 |
| 07/02/09 | $2,600.00 | $1,000.00 | $2,820.00 | | | $6,420.00 |
| 07/03/09 | | | $2,460.00 | | | $2,460.00 |
| 07/06/09 | $2,400.00 | | | | | $2,400.00 |
| 07/07/09 | | | $1,880.00 | | | $1,880.00 |
| 07/08/09 | $6,400.00 | | | $2,500.00 | | $8,900.00 |
| 07/09/09 | | | $4,320.00 | | | $4,320.00 |
| 07/13/09 | $7,400.00 | | $3,260.00 | | | $10,660.00 |
| 07/14/09 | | | | $1,320.00 | | $1,320.00 |
| 07/15/09 | $7,000.00 | | $2,140.00 | | | $9,140.00 |
| 07/16/09 | | | | $400.00 | | $400.00 |
| 07/17/09 | | $2,800.00 | | | | $2,800.00 |
| 07/20/09 | $4,600.00 | | $75.00 | | | $4,675.00 |
| 07/21/09 | | | $2,180.00 | | | $2,180.00 |
| 07/22/09 | $4,310.00 | | | | | $4,310.00 |
| 07/23/09 | | | $1,400.00 | | | $1,400.00 |
| 07/24/09 | | | $1,420.00 | | | $1,420.00 |
| 07/27/09 | $2,700.00 | | | | | $2,700.00 |
| 07/28/09 | | $740.00 | | | | $740.00 |
| 07/29/09 | $6,500.00 | | | | | $6,500.00 |
| 07/30/09 | | $1,220.00 | | | | $1,220.00 |

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK# 1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV#762976103 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 07/31/09 | $6,000.00 | | $1,700.00 | | | $7,700.00 |
| 08/03/09 | | | $2,550.00 | | | $2,550.00 |
| 08/04/09 | | $520.00 | | | | $520.00 |
| 08/05/09 | $8,000.00 | | | | | $8,000.00 |
| 08/06/09 | | | $3,260.00 | | | $3,260.00 |
| 08/07/09 | $5,570.00 | | | | | $5,570.00 |
| 08/10/09 | | | $500.00 | $200.00 | | $700.00 |
| 08/11/09 | | $2,000.00 | $3,000.00 | | | $5,000.00 |
| 08/12/09 | $4,950.00 | | | $4,000.00 | | $8,950.00 |
| 08/13/09 | | | | $1,220.00 | | $1,220.00 |
| 08/14/09 | $7,100.00 | | | | | $7,100.00 |
| 08/17/09 | | $2,470.00 | | | | $2,470.00 |
| 08/18/09 | | | | $1,360.00 | | $1,360.00 |
| 08/19/09 | $4,850.00 | | | | | $4,850.00 |
| 08/20/09 | | $300.00 | | $1,400.00 | | $1,700.00 |
| 08/21/09 | $3,000.00 | | $1,120.00 | | | $4,120.00 |
| 08/25/09 | | | $1,400.00 | | | $1,400.00 |
| 08/26/09 | $4,300.00 | | | | | $4,300.00 |
| 08/28/09 | $4,650.00 | | | | | $4,650.00 |
| 08/31/09 | | $1,520.00 | | | | $1,520.00 |
| 09/02/09 | $8,000.00 | | | | | $8,000.00 |
| 09/03/09 | $8,000.00 | | | | | $8,000.00 |
| 09/03/09 | | | | $220.00 | | $220.00 |
| 09/04/09 | $8,000.00 | | $1,620.00 | | | $9,620.00 |
| 09/08/09 | | | $1,980.00 | | | $1,980.00 |
| 09/09/09 | $5,200.00 | | | | | $5,200.00 |
| 09/10/09 | | | $2,260.00 | | | $2,260.00 |
| 09/11/09 | $3,200.00 | | | | | $3,200.00 |

24

| DATE | B of A<br>#09131-60600<br>NAZHAT<br>AL-BUSSAM<br>AMOUNT | WELLS FARGO 1<br>#718-4974504<br>NAZAR<br>AL-BUSSAM<br>AMOUNT | WELLS FARGO 2<br>#673-2973976<br>NAZAR<br>AL-BUSSAM<br>AMOUNT | WELLS FARGO 3<br>CK#1008322511<br>NAZAR & NAZHAT<br>AL-BUSSAM<br>AMOUNT | WELLS FARGO 4<br>SAV#7629761003<br>NAZAR & NAZHAT<br>AL-BUSSAM<br>AMOUNT | TOTAL OF<br>ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 09/14/09 | | $2,480.00 | $1,050.00 | $2,000.00 | | $5,530.00 |
| 09/16/09 | $7,000.00 | | | | | $7,000.00 |
| 09/17/09 | | | $2,680.00 | | | $2,680.00 |
| 09/18/09 | $4,700.00 | | | | | $4,700.00 |
| 09/21/09 | | | $1,700.00 | | | $1,700.00 |
| 09/23/09 | $5,700.00 | | | | | $5,700.00 |
| 09/24/09 | | | $2,520.00 | $520.00 | | $3,040.00 |
| 09/28/09 | | $900.00 | $1,520.00 | $200.00 | | $1,720.00 |
| 09/28/09 | $3,200.00 | | | | | $3,200.00 |
| 09/29/09 | | | $1,600.00 | | | $1,600.00 |
| 09/30/09 | $3,600.00 | | | | | $3,600.00 |
| 10/02/09 | $6,500.00 | | $2,720.00 | | | $9,220.00 |
| 10/05/09 | $2,500.00 | | $2,690.00 | | | $5,190.00 |
| 10/06/09 | | | $2,420.00 | | | $2,420.00 |
| 10/07/09 | $7,000.00 | | | | | $7,000.00 |
| 10/08/09 | $7,000.00 | | | | | $7,000.00 |
| 10/09/09 | | | $2,650.00 | $1,500.00 | | $4,150.00 |
| 10/13/09 | $2,900.00 | | $3,590.00 | | | $6,490.00 |
| 10/14/09 | $7,000.00 | | | | | $7,000.00 |
| 10/15/09 | | $2,180.00 | | | | $2,180.00 |
| 10/16/09 | $7,000.00 | | | | | $7,000.00 |
| 10/20/09 | | | $1,060.00 | | | $1,060.00 |
| 10/20/09 | | | $540.00 | | | $540.00 |
| 10/21/09 | $7,000.00 | | | | | $7,000.00 |
| 10/22/09 | | $3,020.00 | | | | $3,020.00 |
| 10/23/09 | $7,000.00 | | | | | $7,000.00 |
| 10/26/09 | | $1,310.00 | | | | $1,310.00 |

25

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK #1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 10/27/09 | | | | $6,000.00 | | $6,000.00 |
| 10/28/09 | $5,500.00 | | | | | $5,500.00 |
| 10/29/09 | | | $140.00 | $3,500.00 | | $3,640.00 |
| 10/30/09 | $7,000.00 | | | | | $7,000.00 |
| 11/02/09 | | | $1,730.00 | | | $1,730.00 |
| 11/03/09 | | | $900.00 | $1,500.00 | | $2,400.00 |
| 11/04/09 | $7,000.00 | | | | | $7,000.00 |
| 11/05/09 | | | $2,810.00 | $5,960.00 | | $8,770.00 |
| 11/06/09 | $6,000.00 | | | | | $6,000.00 |
| 11/09/09 | | $3,420.00 | | | | $3,420.00 |
| 11/10/09 | | $2,140.00 | | | | $2,140.00 |
| 11/12/09 | | $3,420.00 | | | | $3,420.00 |
| 11/13/09 | $6,000.00 | | | | | $6,000.00 |
| 11/16/09 | $1,100.00 | | $2,720.00 | | | $3,820.00 |
| 11/17/09 | | | $960.00 | | | $960.00 |
| 11/18/09 | $7,000.00 | | $3,070.00 | | | $10,070.00 |
| 11/19/09 | $6,600.00 | | | | | $6,600.00 |
| 11/20/09 | | | $3,100.00 | | | $3,100.00 |
| 11/23/09 | $7,000.00 | | | | | $7,000.00 |
| 11/24/09 | $5,000.00 | | | | $3,310.00 | $8,310.00 |
| 11/27/09 | | | | | $2,000.00 | $2,000.00 |
| 12/01/09 | $7,000.00 | | | | | $7,000.00 |
| 12/03/09 | | $4,200.00 | | | | $4,200.00 |
| 12/04/09 | $7,000.00 | | | | $3,700.00 | $10,700.00 |
| 12/07/09 | $7,000.00 | | | | | $7,000.00 |
| 12/08/09 | $7,000.00 | | | | $1,520.00 | $8,520.00 |
| 12/09/09 | | | | | $1,720.00 | $1,720.00 |
| 12/09/09 | $7,000.00 | | | | $1,000.00 | $8,000.00 |

26

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK#1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 12/10/09 | $4,000.00 | $4,300.00 | | | | $8,300.00 |
| 12/14/09 | $7,000.00 | $2,300.00 | | | | $9,300.00 |
| 12/15/09 | | $750.00 | | | | $750.00 |
| 12/16/09 | $7,000.00 | | | | | $7,000.00 |
| 12/17/09 | $5,000.00 | | | $400.00 | $460.00 | $5,860.00 |
| 12/08/09 | $7,000.00 | | | | | $7,000.00 |
| 12/21/09 | $3,000.00 | $1,320.00 | | | $1,500.00 | $5,820.00 |
| 12/22/09 | | | $500.00 | $400.00 | | $900.00 |
| 12/24/09 | | | $1,220.00 | | | $1,220.00 |
| 12/24/09 | $4,000.00 | | | | | $4,000.00 |
| 12/29/09 | | $1,780.00 | | | | $1,780.00 |
| 12/31/09 | $5,000.00 | | | | | $5,000.00 |
| | | | | | | |
| 01/06/10 | $7,000.00 | $4,080.00 | | | | $11,080.00 |
| 01/07/10 | $7,500.00 | $2,000.00 | | | | $9,500.00 |
| 01/08/10 | $4,950.00 | | | | | $4,950.00 |
| 01/11/10 | $6,720.00 | | | $3,875.00 | | $10,595.00 |
| 01/12/10 | | | $1,580.00 | | | $1,580.00 |
| 01/13/10 | $7,000.00 | | | | | $7,000.00 |
| 01/14/10 | $5,000.00 | | $880.00 | | | $5,880.00 |
| 01/19/10 | $8,000.00 | $1,660.00 | $1,880.00 | $600.00 | | $12,140.00 |
| 01/22/10 | $7,800.00 | | | | | $7,800.00 |
| 01/25/10 | $4,000.00 | | | | | $4,000.00 |
| 01/26/10 | | $1,960.00 | | | | $1,960.00 |
| 01/27/10 | $7,000.00 | | | | | $7,000.00 |

27

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 3 CK# 1008322511 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 01/28/10 | | $3,620.00 | | | | $3,620.00 |
| 01/29/10 | $7,000.00 | | | | | $7,000.00 |
| 02/01/10 | $3,000.00 | | | | | $3,000.00 |
| 02/02/10 | | $1,730.00 | | | | $1,730.00 |
| 02/03/10 | $7,000.00 | | | $2,500.00 | $5,000.00 | $14,500.00 |
| 02/04/10 | $7,100.00 | $2,680.00 | | | | $9,780.00 |
| 02/08/10 | $7,620.00 | | | | | $7,620.00 |
| 02/09/10 | | $1,860.00 | | $500.00 | | $2,360.00 |
| 02/10/10 | $7,000.00 | | | | | $7,000.00 |
| 02/11/10 | $3,000.00 | $4,840.00 | | $100.00 | | $7,940.00 |
| 02/16/10 | $7,000.00 | $3,020.00 | | $200.00 | | $10,220.00 |
| 02/16/10 | | $710.00 | | | | $710.00 |
| 02/17/10 | $7,800.00 | | | | | $7,800.00 |
| 02/18/10 | | $4,440.00 | | | | $4,440.00 |
| 02/22/10 | $4,000.00 | $760.00 | | | | $4,760.00 |
| 02/22/10 | $7,000.00 | | | | | $7,000.00 |
| 02/23/10 | | | | $1,000.00 | | $1,000.00 |
| 02/24/10 | $7,000.00 | | | | | $7,000.00 |
| 02/25/10 | $2,750.00 | | | | | $2,750.00 |
| 03/01/10 | $6,500.00 | $1,310.00 | | | | $7,810.00 |
| 03/02/10 | | | $11,020.00 | | | $11,020.00 |
| 03/03/10 | $7,000.00 | | | | | $7,000.00 |
| 03/04/10 | | | | $220.00 | $3,000.00 | $3,220.00 |
| 03/05/10 | $7,000.00 | | | $2,500.00 | | $9,500.00 |
| 03/08/10 | $6,000.00 | | | | $1,860.00 | $7,860.00 |
| 03/09/10 | | | | $4,020.00 | | $4,020.00 |
| 03/10/10 | $7,000.00 | | | | | $7,000.00 |

28

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM AMOUNT | WELLS FARGO 3 CK #1008322511 NAZAR & NAZHAT AL-BUSSAM AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 03/12/10 | $4,300.00 | | | | | $4,300.00 |
| 03/15/10 | $5,800.00 | | | | | $5,800.00 |
| 03/16/10 | | $3,660.00 | | | | $3,660.00 |
| 03/17/10 | $7,000.00 | | | | | $7,000.00 |
| 03/18/10 | | $3,150.00 | | | | $3,150.00 |
| 03/19/10 | $6,000.00 | | | | | $6,000.00 |
| 03/22/10 | $4,000.00 | | | $2,020.00 | | $6,020.00 |
| 03/23/10 | | $1,350.00 | | $3,500.00 | | $4,850.00 |
| 03/24/10 | $7,000.00 | | | | | $7,000.00 |
| 03/29/10 | $7,000.00 | $2,720.00 | | | | $9,720.00 |
| 03/30/10 | | $3,400.00 | | | | $3,400.00 |
| 03/31/10 | $7,000.00 | | | | | $7,000.00 |
| 04/01/10 | $7,000.00 | | | | | $7,000.00 |
| 04/02/10 | | $2,670.00 | | | | $2,670.00 |
| 04/05/10 | $7,020.00 | | | | $2,760.00 | $9,780.00 |
| 04/06/10 | | $2,220.00 | | | | $2,220.00 |
| 04/07/10 | $7,000.00 | | | | | $7,000.00 |
| 04/09/10 | $7,000.00 | | | | | $7,000.00 |
| 04/12/10 | $5,510.00 | | $2,490.00 | | | $8,000.00 |
| 04/13/10 | | | | $2,520.00 | | $2,520.00 |
| 04/14/10 | $7,700.00 | | | | | $7,700.00 |
| 04/19/10 | $7,000.00 | | | | $2,880.00 | $9,880.00 |
| 04/20/10 | $3,000.00 | | | $600.00 | $3,595.00 | $7,195.00 |
| 04/21/10 | $7,120.00 | | | | | $7,120.00 |
| 04/22/10 | | $1,000.00 | | | $4,010.00 | $5,010.00 |
| 04/26/10 | $2,000.00 | | | | $2,920.00 | $4,920.00 |
| 04/26/10 | $7,000.00 | | | | | $7,000.00 |

| DATE | B of A #09131-60600 NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 1 #718-4974504 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 2 #673-2973976 NAZAR AL-BUSSAM — AMOUNT | WELLS FARGO 3 CK#1008322511 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | WELLS FARGO 4 SAV#7629761003 NAZAR & NAZHAT AL-BUSSAM — AMOUNT | TOTAL OF ALL ACCOUNTS |
|---|---|---|---|---|---|---|
| 04/27/10 | | | | | $4,800.00 | $4,800.00 |
| 04/28/10 | $7,000.00 | | | | | $7,000.00 |
| 04/29/10 | $7,000.00 | | | | | $7,000.00 |
|  | | | | | $2,500.00 | $2,500.00 |
| 05/03/10 | $2,800.00 | | | | $4,440.00 | $7,240.00 |
|  | $6,000.00 | | | | | $6,000.00 |
| 05/05/10 | $6,000.00 | $840.00 | | $500.00 | | $7,340.00 |
| 05/06/10 | | $2,560.00 | | | | $2,560.00 |
| 05/07/10 | $6,000.00 | | | $200.00 | | $6,200.00 |
| 05/10/10 | $5,000.00 | | | | | $5,000.00 |
| 05/11/10 | $5,000.00 | | | | $4,600.00 | $9,600.00 |
| 05/13/10 | $6,560.00 | $2,900.00 | | | | $9,460.00 |
| 05/17/10 | $7,350.00 | $2,000.00 | | | | $9,350.00 |
| 05/18/10 | $7,000.00 | $2,180.00 | | | $4,000.00 | $13,180.00 |
| 05/20/10 | $6,000.00 | | | | $5,350.00 | $11,350.00 |
| 05/21/10 | | $1,320.00 | | | | $1,320.00 |
| 05/24/10 | $5,600.00 | | | | $2,000.00 | $7,600.00 |
| 05/25/10 | $7,000.00 | | | | $3,000.00 | $10,000.00 |
| 05/27/10 | $6,000.00 | $3,260.00 | | | $3,000.00 | $12,260.00 |
|  | $1,202,300.00 | $166,410.00 | $228,700.00 | $128,385.00 | $77,725.00 | $1,803,520.00 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV10- 8205 GAF (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

**[X] Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

**[ ] Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

**[ ] Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA

**DEFENDANTS**
REAL PROPERTY LOCATED IN NEWPORT COAST, CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Los Angeles

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ANDRÉ BIROTTE JR., United States Attorney
PIO S. KIM, Assistant United States Attorney
United States Attorney's Office, California Bar No. 156679
U.S. Courthouse, 14th Floor, 312 N. Spring Street, Los Angeles, CA
90012, Telephone: (213) 894-2589, Facsimile: (213) 894-7177

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
18 U.S.C. Section 981, 21 U.S.C. Section 881 and 31 U.S.C. Section 5317

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 810 Selective Service | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 850 Securities/Commodities/Exchange | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 891 Agricultural Act | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 892 Economic Stabilization Act | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 894 Energy Allocation Act | **REAL PROPERTY** | | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 895 Freedom of Information Act | ☐ 210 Land Condemnation | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 890 Other Statutory Actions | ☐ 240 Torts to Land | | | ☒ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 245 Tort Product Liability | | | | **FEDERAL TAX SUITS** |
| | ☐ 290 All Other Real Property | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: **CV10-8205**

CV-71 (01/03)    CIVIL COVER SHEET

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b).  RELATED CASES:**  Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B.  Involve the same or substantially the same parties or property;

☐ C.  Involve the same patent, trademark or copyright;

☐ D.  Call for determination of the same or substantially identical questions of law; or

☐ E.  Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.
 Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

*Orange County*

**List the California County**, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
 Los Angeles

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date _____ 10/29/10

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |