```
 1  ANDRÉ BIROTTE JR.                    JS - 6
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 233634
 7     Federal Courthouse, 14th Floor
       312 North Spring Street
 8     Los Angeles, California 90012
       Telephone:  (213) 894-6595
 9     Facsimile:  (213) 894-7177
       E-mail: Jennifer.Resnik@usdoj.gov
10
    Attorneys for
11  United States of America
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                           WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-10-8205 SJO (AJWx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED IN NEWPORT COAST, CALIFORNIA, | |
| Defendant. | |
| NAZZAR AL BUSSAM AND NAZHAT AL BUSSAM, | |
| Claimants. | |

                              RECITALS

   1.   This action was filed on October 29, 2010.

   2.   Notice was given and published in accordance with law.

3. Claimants Nazzar Al Bussam and Nazhat Al Bussam ("Claimants") filed claims to the defendant Real Property Located in Newport Coast, California with assessor parcel number 461-301-78 (the "defendant property"). The legal description of the defendant property is attached as Exhibit "A." No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A), 21 U.S.C. § 881(a)(6) and 31 U.S.C. § 5317(c)(2).

C. Notice of this action has been given in accordance with law. All potential claimants to the defendant property other than Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture. The parties had sought a stay of this matter pursuant to 18 U.S.C. § 981(g), but now jointly file this request that the court enter this consent judgment of forfeiture.

D. Judgment is hereby entered in this matter in favor of the United States of America in the amount of $170,000.00, which represents the value of the forfeited interest in the

2

defendant property.  The defendant property is forfeited and condemned to the United States to the extent of the interest specified in this paragraph.  The United States Marshals Service shall dispose of the forfeited interest in the defendant property in accordance with law.

   E. Claimants agree to take whatever steps are necessary to pass to the United States of America clear title to the defendant property including, without limitation, the completion of any legal documents required for the transfer of title to the United States of America.

   F. Claimants may satisfy the judgment entered herein by delivering $170,000.00 to the United States of America by no later than the close of business on the 60th calendar day after entry of this Judgment by the Court (the "Liquidation Payment"). If the judgment is timely satisfied in accordance with this paragraph, the United States of America agrees to release the lis pendens on the defendant property.

    a. The Liquidation Payment shall be paid in the form of a cashiers check payable to "United States Marshals Service" and shall be delivered to the Chief, Asset Forfeiture Section, United States Attorney's Office, 312 N. Spring Street, 14th Floor, Los Angeles, California 90012.

   G. If the judgment is not timely satisfied in accordance with paragraph F, the United States Marshals Service ("USMS") is hereby authorized to remove any occupants and/or personal property remaining on the defendant property.  The defendant property shall be sold for fair market value by the United States of America and its agents, including the USMS and

1  its authorized agents and contractors, to allow the United States
2  of America to liquidate the interest forfeited to it pursuant to
3  this judgment.  The United States of America has the full power
4  to sell and transfer valid title to the defendant property in its
5  entirety in connection such sale, without the need to obtain the
6  participation, signature(s), or consent(s) of claimants to any
7  aspect of the sale and/or title transfer.  The proceeds of sale
8  shall be applied as follows, to the extent proceeds are
9  available:

        a.    First, to the costs incurred by USMS in taking possession of and selling the defendant property;

        b.    Second, to the Orange County Assessor and Tax Collector for payment of unpaid real property taxes assessed against the defendant real property to the date of sale;

        c.    Third, to the extent funds remain, payment to any secured lienholders, whose security interests were recorded prior to recording of the United States of America's lis pendens in this action;

        d.    Fourth, to the extent funds remain, payment of $170,000.00 to the United States of America; and

        e.    Fifth, to Claimants.

H.  Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration,

from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///

///

I.  The court finds that there was reasonable cause for the institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: August 29, 2013

*S. James Otero*
_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: August ___, 2013

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: August___, 2013

_____
NAZZAR AL BUSSAM

DATED: August___, 2013

_____
NAZHAT AL BUSSAM

DATED: August___, 2013

_____
KENNETH WHITE

Attorney for Claimants
Dr. Nazar Al Bussam and Nazhat Al Bussam

6